IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Austin o/b/o | ) | |
| Jamie J. Austin, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:06-2785-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Michael J. Astrue, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees and costs pursuant to the

Equal Access to Justice Act ("EAJA").  See 28 U.S.C. § 2412(a), (d) (2006).  The Plaintiff

seeks attorney's fees for services rendered in the above-captioned Social Security action in the

amount of Three Thousand Eight Hundred Eighty-three Dollars ($3,883.00) (calculated at

$165.00 per hour times 6.6 attorney hours and $80.00 per hour times 34.3 paralegal hours) and

costs and expenses of Three Hundred Sixty-three Dollars and Ninety-five Cents ($363.95).[1]  The

Commissioner does not object to the request for attorney's fees and costs.

---

[1]The Commissioner agreed to the payment of attorney's fees in the amount of $3,829 in
his response.  In addition, the Commissioner indicated that these calculations were based on the
parties' agreed upon hourly rate of $165 for attorney hours and $80 for paralegal hours. The
Commissioner indicated that the $3,829 figure was calculated based on 7 attorney hours and
38.3 paralegal hours.  However, based on these figures, the attorney's fee award would be
$4,219.  A review of the time sheets of Plaintiff's attorney reveals that he expended 6.6 hours
and his paralegal expended 34.3 hours. Therefore, the court finds that the attorney's fee
requested is $3,883.00.

Therefore, it is

**ORDERED** that the Plaintiff is awarded a fee in the amount of Three Thousand Eight

Hundred Eighty-three Dollars ($3,883.00) and costs and expenses of Three Hundred Sixty-three

Dollars and Ninety-five Cents ($363.95).

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
January 22, 2008